# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>FRANK STEMBERK, individually and on behalf of a class, Plaintiff,<br>v.<br>NORTH STAR CAPITAL ACQUISITION, LLC, Defendants. | Case Number:<br>FILED: JULY 03,2008<br>08CV3831<br>JUDGE SHADUR<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Frank Stemberk

---

NAME (Type or print)
 Cathleen M. Combs

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
 s/  Cathleen M. Combs

FIRM
 Edelman, Combs, Latturner & Goodwin, LLC

STREET ADDRESS
 120 S. LaSalle Street, Suite 1800

CITY/STATE/ZIP
 Chicago, IL 60603

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00472840 | TELEPHONE  NUMBER<br>312-739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐