### United States District Court for the Northern District of Illinois

Case Number:  08CV3831          Assigned/Issued  By:  DAJ

Judge Name:  SHADUR          Designated Magistrate Judge:  ASHMAN

---

**FEE INFORMATION**

***Amount Due:***    ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 2910191

Date Payment Rec'd: 07/03/08          Fiscal Clerk: DAJ

---

**ISSUANCES**

☑ Summons          ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons          _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 07/03/08 as to DEF.
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05